UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMARI TAARON PURVEY,

                Plaintiff,

-against-

ALLIED UNIVERSAL, ET AL.,

                Defendants.

21-CV-9764 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued February 1, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of any state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 1, 2022
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge